UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

NICHOLAS GELETA,
    6935 Strethem Court
    Manassas, Virginia 20112,

        Plaintiff,

    v.

ANTHONY A. WILLIAMS,
    Mayor, District of Columbia
    John A. Wilson Building
    1350 Pennsylvania Avenue, N.W.
    Washington, D.C. 20004,

and

DEPARTMENT OF MENTAL
    HEALTH
    801 East Building
    2700 Martin Luther King
        Ave., S.E.
    Washington, D.C. 20032

        Defendants.

Civil Action No. _____

---

## COMPLAINT
(Employment Discrimination/Retaliation)

### Introduction

1.     Plaintiff, Nicholas Geleta, brings this civil action pursuant to Title VII of the Civil Rights Act of 1964, as amended by the Equal Employment Opportunity Act of 1972, 42 U.S.C. §§ 2000e *et seq.*, and as further amended by section 102 of the Civil Rights Act of 1991, 42 U.S.C. §§ 1981a and 1983, to remedy acts of discrimination in retaliation against him for participating in the EEO process.

### Jurisdiction

2. This Court has jurisdiction over the subject matter of this civil action pursuant to Title VII of the Civil Rights Act of 1964, as amended ("Title VII"), specifically 42 U.S.C. §§ 2000e-16(c). Plaintiff has exhausted his administrative remedies by virtue of the fact that he filed a charge of discrimination with the Equal Employment Opportunity Commission (EEOC) on September 1, 2005 alleging discrimination in the form of retaliation, EEOC No. 100-2005-02016, and less than 90 days have elapsed since the EEOC issued a Right to Sue letter that was received by plaintiff on July 24, 2006.

### Venue

3. Pursuant to 28 U.S.C. Section 1391(b) and 42 U.S.C. Section 2000e-5(f)(3), venue is proper in this judicial district. Dr. Geleta is employed by the District of Columbia government and the acts of discrimination took place within the District of Columbia.

### Parties

4. Nicholas Geleta is a citizen of the United States and of the State of Virginia. He is currently employed as a Certification Project Manager, serving in the Office of Accountability, Department of Mental Health (DMH), District of Columbia government.

5. Defendant Anthony A. Williams is the Mayor of the District of Columbia. The District of Columbia is a governmental entity created by Congress pursuant to Article I, Section 8 of the Constitution of the United States. As Mayor of the District of Columbia, Mr. Williams is the head of the government of the District of Columbia, and, as such, he is responsible for the personnel actions, omissions and practices thereof. Thus, Mr. Williams is here sued only in his official capacity the Mayor of the District of Columbia.

6. Defendant Department of Mental Health is an agency of the government of the District of Columbia. The District of Columbia is a governmental entity created by Congress pursuant to Article I, Section 8 of the Constitution of the United States.

## Statement of Facts

7. Dr. Geleta has a Ph.D. and has been a long-time employee of the District of Columbia government and the Department of Mental Health.

8. In the fall of 2004, Dr. Geleta was serving as the Project Director for the D.C. Children Inspired Now Gain Strength (DCCINGS), a position in which he exercised supervisory and managerial authority. His immediate supervisor was Velva R. Taylor-Spriggs, an African-American who was the Director, Child and Youth Services Division, Office of Policy and Programs, DMH.

9. During a meeting on October 12, 2004, Dr. Geleta observed that Ms. Taylor-Spriggs was subjected to discriminatory treatment based on her race. As a result of Ms. Taylor-Spriggs filing complaints of discrimination and the ensuing investigations into the matter, in November 2004 Dr. Geleta provided a written statement containing facts that were in support of Ms. Taylor-Spriggs' complaint of discrimination.

10. Following his participation in the EEO process as stated in Paragraph 9, above, officials of DMH retaliated against Dr. Geleta by reassigning him from his position as the Project Director for DCCINGS into a succession of untitled, non-supervisory positions within DMH. These reassignments occurred during the period March-April 2005, and since then Dr. Geleta has not been returned to his former job or an equivalent supervisory/managerial position.

11. Dr. Geleta timely filed a charge of discrimination (retaliation) with the EEOC on September 1, 2005, EEOC No. 100-2005-02016. On July 24, 2006, Dr. Geleta received a Right to

Sue Letter from the EEOC concerning his charge of discrimination.

## Statement of Claim

12. By discriminating against Dr. Geleta for his participation in the EEO investigation process, defendant has unlawfully retaliated against him.

13. As a result of this unlawful retaliation, plaintiff has suffered and continues to suffer a loss of pay, a severe curtailment of career opportunities, and personal and professional humiliation.

## Prayer for Relief

WHEREFORE, plaintiff prays that this Court enter judgment in his favor and against defendant on all claims brought herein and provide him with the following relief:

a. award plaintiff compensatory damages against defendant to the maximum extent permitted by law, plus interest thereon;

b. order defendant to retroactively restore plaintiff to his Program Director position with full benefits, including all cash awards, promotions, pay increases to which he otherwise would have been entitled had he remained in that position;

c. award plaintiff full back pay, with interest thereon;

d. enjoin defendant from discriminating or retaliating against plaintiff in the future;

e. award plaintiff the costs of bringing and maintaining this civil action and the administrative charges that preceded it, including reasonable attorneys' fees, pursuant to 42 U.S.C. § 2000e-5(k); and

f. award plaintiff such other and further relief as the interests of justice may require.

**Jury Demand**

Plaintiff hereby requests a jury trial on all issues of fact and damages.

Respectfully submitted,

_____
David H. Shapiro
D.C. Bar # 961326
James E. Simpson
D.C. Bar # 482870
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
(202) 842-0300
(202) 842-1418 Fax

Attorneys for Plaintiff

JS-44
(Rev. 2/01 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
Nicholas Geleta

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ~~DC~~
(EXCEPT IN U.S. PLAINTIFF CASES)

88888

## DEFENDANTS
District of Columbia   ANTHONY A. WILLIAMS

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
David H. Shapiro, Swick & Shapiro, P.C.
1225 Eye Street, N.W., Suite 1290
Washington, D.C. 20005     (202)842-0300

CASE NUMBER   1:06CV01822
JUDGE: Richard J. Leon
DECK TYPE: Employment Discrimination
DATE STAMP: 10/23/2006

**JURY ACTION**

## II BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP
FOR PLAINTIFF

Citizen of this State ☐ 1 ☐ 1  Incorporated or Principal Place of Business in This State ☐ 4 ☐ 4
Citizen of Another State ☐ 2 ☐ 2  Incorporated and Principal Place of Business in Another State ☐ 5 ☐ 5
Citizen or Subject of a Foreign Country ☐ 3 ☐ 3  Foreign Nation ☐ 6 ☐ 6

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ☐ G. *Habeas Corpus/2255* | ☒ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., the Civil Rights Act of 1866, as amended, 42 U.S.C. § 1981, the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12111. et seq. and the Rehabilitation Act of 1973. 29 U.S.C. § 706 and related statutes

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   DEMAND $ 300,000 + fees and other remedies   Check YES only if demanded in complaint  JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES ☒ NO  If yes, please complete related case form

DATE October 23, 2006   SIGNATURE OF ATTORNEY OF RECORD   *[signature]* Attorney for Plaintiff

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

**RECEIVED**
**OCT 2 3 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT