UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICHOLAS GELETA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ANTHONY WILLIAMS, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 06-1822 (RJL) |

**PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS**

Plaintiff Nicholas Geleta, by and through below signed counsel, hereby respectfully moves this Court for an enlargement of two weeks, up to and including Monday, December 11, 2006, in which to file his opposition to defendants' motion to dismiss. Plaintiff's opposition is currently due on Monday, November 27, 2006.

The reasons for this motion to enlarge the time for plaintiff to file an opposition to defendants' motion to dismiss include that plaintiff's counsel was in Boston, Massachusetts in a national security clearance matter on Thursday, November 16, when defendants' motion was filed, and plaintiff's counsel did not return to the office until mid-day Friday, November 17. In addition, first thing Monday morning, November 20, plaintiff's counsel's computer crashed and was only brought back up today. Moreover, plaintiff's counsel has depositions scheduled every day next week in the matter of *Montgomery v. Chao*, C.A. No. 05-2157 (D.D.C.). Therefore, plaintiff's counsel respectfully moves for a two-week enlargement in time in which to file plaintiff's opposition to defendant's motion to dismiss.

Plaintiff's counsel contacted counsel for defendant to seek consent to plaintiff's motion, and defendant's counsel indicated that defendant consents to this motion.

Respectfully submitted,

/s/
David H. Shapiro, D.C. Bar No. 961326
James E. Simpson, D.C. Bar No. 482870
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
202-842-0300

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICHOLAS GELETA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ANTHONY WILLIAMS, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 06-1822 (RJL) |

**ORDER**

UPON CONSIDERATION of plaintiff's consent motion for an enlargement of time of two weeks from November 27, 2006, to December 11, 2006, in which to file his opposition to defendants' motion to dismiss, it is hereby

ORDERED that plaintiff's consent motion be, and the same hereby is GRANTED; and it is

FURTHER ORDERED that plaintiff shall have two weeks, to and including December 11, 2006, within which to file his opposition to defendants' motion to dismiss.

_____  
DATE

_____  
UNITED STATES DISTRICT JUDGE

Send copies of Order to:

David H. Shapiro
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C.  20005

    and

Toni Michelle Jackson
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S052
Washington, DC  20001