UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **NICHOLAS GELETA** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ANTHONY WILLIAMS,** )<br>**Mayor, District of Columbia** )<br>)<br>and )<br>)<br>**DEPARTMENT OF MENTAL** )<br>**HEALTH** )<br>)<br>**Defendants.** )<br>) | Civil Action No.: 06-01822 (RJL) |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

**INTRODUCTION**

Plaintiff Nicholas Geleta has filed an employment discrimination suit regarding his employment in the District of Columbia Department of Mental Health. In his Complaint, plaintiff alleges that after he provided a written statement in support of his African-American superior's EEO complaint of race discrimination, officials of the Department of Mental Health retaliated against him by reassigning him to a series of untitled, non-supervisory positions. *See generally* Complaint.

Defendants have now moved pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the complaint because (1) the named defendants are not proper parties, (2) Mayor Williams has qualified immunity in suits against him personally, and (3) that the Department of Mental Health is *non sui juris*. *See* Defendant Mayor Anthony Williams and the Department of Mental Health's Motion to

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICHOLAS GELETA, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY WILLIAMS, <br> Mayor, District of Columbia <br><br> and <br><br> THE DISTRICT OF COLUMBIA, <br><br> Defendants. | Civil Action No.: 06-01822 (RJL) |

## AMENDED COMPLAINT
### (Employment Discrimination/Retaliation)

### Introduction

1. Plaintiff, Nicholas Geleta, brings this civil action pursuant to Title VII of the Civil Rights Act of 1964, as amended by the Equal Employment Opportunity Act of 1972, 42 U.S.C. §§2000e *et seq.*, and as further amended by section 102 of the Civil Rights Act of 1991, 42 U.S.C. §§1981a and 1983, to remedy acts of discrimination in retaliation against him for participating in the EEO process.

### Jurisdiction

2. This Court has jurisdiction over the subject matter of this civil action pursuant to Title VII of the Civil Rights Act of 1964, as amended ("Title VII"), specifically 42 U.S.C. §§2000e-16(c). Plaintiff has exhausted his administrative remedies by virtue of the fact that he filed a charge of discrimination with the Equal Employment Opportunity Commission (EEOC) on