**FILED**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

AUG 0 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NICHOLAS GELETA.,                    )
                                     )
          Plaintiff,                 )
                                     )
          v.                         )
                                     )       Civ. Action No. 06cv1822 (RJL)
ADRIAN FENTY                         )
                                     )
          Defendant.                 )
_____       )

**SCHEDULING ORDER**

Upon the Court's motion, it is, this _____ day of August, 2007, hereby

**ORDERED** that:

1. The parties will move for joinder of parties and amendment of the pleadings

within thirty (30) days of the date of this order;

2. Plaintiff will submit all Rule 26(a)(1) disclosures within sixty (60) days of the

date of this order;

3. Defendant will submit all Rule 26(a)(1) disclosures within ninety (90) days of

the date of this order;

4. Plaintiff will submit all rebuttal Rule 26(a)(1) disclosures within one hundred
(100) days of the date of this order.

5. Discovery will close, a joint status report will be due, and a status conference
will be held within one-hundred-eighty (180) days of the date of this order.

7. All dispositive motions are due within two hundred ten (210) days of the date
of this order; and it is further

**ORDERED** that this schedule will not be changed except for good cause shown.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge