UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICHOLAS GELETA, )<br>)<br>Plaintiff, )<br>v.  )<br>)<br>ADRIAN M. FENTY, )<br>)<br>Defendant. ) | Civil Action No. 06-1822 (RJL) |

**JOINT MOTION TO ENLARGE TIME FOR DISCOVERY AND ADJUST
SCHEDULING ORDER**

The parties, by and through counsel, hereby respectfully move this Court for an enlargement of time for discovery of ninety days from February 4, 2008, to May 5, 2008, and otherwise to adjust the schedule of future events in this matter. This is the first motion for an enlargement of the discovery period in this case. Discovery is presently set to close on February 4, 2008.

The reasons for this motion to enlarge the time for discovery include that the press of work and the calendars for the parties' counsel have precluded the scheduling of necessary depositions at this time. The parties have exchanged paper discovery. This joint motion seeks ninety days, in an abundance of caution, to complete discovery. For instance, in addition to the recently completed holiday period, the primary associate working this case had a hearing in the matter of *Balmer v. DHHS*, EEOC No. 531-2007-00181X, Agency Case No. FDA-CFSAN-041-06-F (January 10, 2008), and has a hearing scheduled in the matter of *In re: Plitz*, ISCR Case No. 07-10307 (February 5, 2008). In addition, the plaintiff's primary associate was engaged in opposing a motion for summary judgment in the following matters *Balmer v. DHHS*, EEOC No. 531-2007-00181X, Agency Case No. FDA-CFSAN-041-06-F and *Chappell-Johnson v. FDIC*,

C.A. No. 06-0314 (RCL), as well as preparing a written closing argument in the matter of *Landreth v. DOJ*, EEOC No. 140-2005-00078X, Agency File No. F-03-5804 (which required reviewing nearly 1200 pages of hearing transcripts following a three-day hearing). Moreover, that associate has been engaged, and will continue to engage, in settlement discussions and discovery in the matters of *Johnson v. Billington*, C. A. No. 98-1618 (D.D.C.); *Chappell-Johnson v. FDIC*, C.A. No. 03-1557 (D.D.C.); *Chowdhury v. FDIC*, C.A. No. 05-2368 (D.D.C.); *Jeffers v. PBGC*, C.A. No. 03-1762 (D.D.C.); *Chappell-Johnson v. FDIC*, C.A. No. 06-1074 (D.D.C.); and *Torres v. GPO*, C.A. No. 05-2158 (D.D.C.). In addition, during the last three months, the primary associate working this case has suffered from several instances of health problems, including two severe sinusitis attacks and aggravation of a herniated disc, as well as having to deal with two unexpected family emergency situations.. The aforementioned family and health issues have significantly limited that associate's ability to work for several weeks in the aggregate.

Defendant's current counsel joined the D.C. Government as an Assistant Attorney General in late November 2007, filed his appearance in this matter on January 7, 2008, and will require time to familiarize himself with the case.

The parties respectfully request that this Court grant their joint motion for an enlargement of time for discovery of ninety days from February 4, 2008, to May 5, 2008, and otherwise to adjust the schedule of future events in this matter.

Respectfully Submitted,

| | |
|---|---|
| ___/s/___<br>David H. Shapiro, D.C. Bar # 961326<br>James E. Simpson, D.C. Bar # 482870<br>SWICK & SHAPIRO, P.C.<br>1225 Eye Street, N.W., Suite 1290<br>Washington, D.C. 20005<br>(202) 842-0300<br>FAX (202) 842-1418<br><br>Attorneys for Plaintiff | LINDA SINGER<br>Attorney General<br><br>GEORGE C. VALENTINE<br>Deputy Attorney General<br>Civil Litigation Division<br><br>___/s/___<br>NICOLE LYNCH [471953]<br>Section Chief<br>General Litigation Section II<br><br>___/s/___<br>ALEX KARPINSKI,<br>Michigan Bar No. P58770<br>Assistant Attorney General<br>441 4th Street, N.W., 6th Floor South<br>Washington, DC 20001<br>(202) 724-6642<br>FAX (202) 727-3625<br><br>Attorneys for Defendant |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NICHOLAS GELETA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-1822 (RJL) |
| | ) | |
| ADRIAN M. FENTY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### O R D E R

UPON CONSIDERATION of the parties' joint motion to enlarge time for discovery for a period of ninety days from February 4, 2008, to May 5, 2008, and otherwise to adjust the schedule of future events in this matter, it is hereby

ORDERED that the parties' joint motion be, and the same hereby is GRANTED; and it is

FURTHER ORDERED that the parties shall have an additional ninety days, to and including May 5, 2008, within which to conduct discovery and otherwise to adjust the schedule of future events in this matter, to include dispositive motions to be filed no later than June 4, 2008.

_____
UNITED STATES DISTRICT JUDGE