UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NICHOLAS GELETA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-1822 (RJL) |
| | ) | |
| ADRIAN M. FENTY, | ) | |
| | ) | |
| Defendant. | ) | |

## PARTIES' JOINT STATUS REPORT

The parties, by and through counsel, hereby file this joint status report.

Despite efforts to complete discovery, there remain two depositions that plaintiff desires to take of defendant's witnesses. Due to plaintiff's counsel's heavy schedule and the need to devote significant time dealing with a family emergency and a debilitating dental condition, by the time plaintiff's counsel was able to finalize dates for those depositions to be taken, defendant's counsel was unavailable for those dates. Additionally, during the period April 21- May 5, 2008, plaintiff's counsel has been engaged in nine depositions in the matter of *Chowdhury v. FDIC*, C.A. No. 05-2368 (D.D.C.). Therefore, the parties respectfully request a thirty-two day enlargement of the discovery period of eighteen days to complete discovery in this matter. Since one of the deponents is no longer employed with the defendant and has moved from the immediate area, the parties' counsel plan to schedule the two depositions as soon as the deponent is notified/subpoenaed.

The parties, therefore, respectfully request that this Court grant an enlargement of time for discovery of thirty-two days from May 5, 2008 to June 6, 2008, and otherwise to adjust the schedule of future events in this matter, including an adjustment of the dispositive motion

deadline so that dispositive motions may be filed no later July 11, 2008.

Respectfully Submitted,

| | |
|---|---|
| _____/s/_____<br>David H. Shapiro, D.C. Bar # 961326<br>James E. Simpson, D.C. Bar # 482870<br>SWICK & SHAPIRO, P.C.<br>1225 Eye Street, N.W., Suite 1290<br>Washington, D.C. 20005<br>(202) 842-0300<br>FAX (202) 842-1418<br><br>Attorneys for Plaintiff | LINDA SINGER<br>Attorney General<br><br>GEORGE C. VALENTINE<br>Deputy Attorney General<br>Civil Litigation Division<br><br>_____/s/_____<br>NICOLE LYNCH [471953]<br>Section Chief<br>General Litigation Section II<br><br>_____/s/_____<br>ALEX KARPINSKI,<br>Michigan Bar No. P58770<br>Assistant Attorney General<br>441 4th Street, N.W., 6th Floor South<br>Washington, DC 20001<br>(202) 724-6642<br>FAX (202) 727-3625<br><br>Attorneys for Defendant |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICHOLAS GELETA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ADRIAN M. FENTY, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-1822 (RJL) |

## O R D E R

UPON CONSIDERATION of the parties' joint status report and request to enlarge time for discovery for a period of thirty-two days from May 5, 2008 to June 6, 2008, and otherwise to adjust the schedule of future events in this matter, it is hereby

ORDERED that the parties shall have an additional thirty-two days, to and including June 6, 2008, within which to complete discovery and otherwise to adjust the schedule of future events in this matter, to include dispositive motions to be filed no later than July 11, 2008.

_____
UNITED STATES DISTRICT JUDGE