UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICHOLAS GELETA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ADRIAN M. FENTY, )<br>)<br>Defendant. ) | Civil Action No. 06-1822 (RJL) |

**CONSENT MOTION TO ENLARGE TIME FOR DISCOVERY AND ADJUST SCHEDULING ORDER**

Plaintiff, by and through counsel, hereby respectfully submits this consent motion for an enlargement of time for discovery of forty-five days from June 6, 2008, to July 21, 2008, and otherwise to adjust the schedule of future events in this matter for the limited purpose of scheduling and completing two depositions in this case. Discovery is presently set to close on June 6, 2008.

The reasons for this motion include that the counsel for the parties have been unable to schedule the two remaining depositions in this case, as both witnesses are no longer employed by the defendant and have moved from the area. Although defendant's counsel has made contact with one of the two witnesses, the second witness has yet to respond to contacts by defendant's counsel, which has precluded attempting to even set a firm date for deposition. At this time, the parties have exchanged paper discovery. This consent motion is submitted for the limited purpose of scheduling and completing these two remaining depositions.

Plaintiff's counsel contacted defendant's counsel concerning this motion and defendant's counsel has consented.

Plaintiff respectfully requests that this Court grant this consent motion for an enlargement

of time for discovery of forty-five days from June 6, 2008, to July 21, 2008, and otherwise to adjust the schedule of future events in this matter.

                                                  Respectfully Submitted,

_____/s/_____
David H. Shapiro, D.C. Bar # 961326
James E. Simpson, D.C. Bar # 482870
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W., Suite 1290
Washington, D.C. 20005
(202) 842-0300
FAX (202) 842-1418

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICHOLAS GELETA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-1822 (RJL) |
| ) | |
| ADRIAN M. FENTY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**O R D E R**

UPON CONSIDERATION of the Plaintiff's consent motion to enlarge time for discovery for a period of forty-five days from June 6, 2008, to July 21, 2008, and otherwise to adjust the schedule of future events in this matter, it is hereby

ORDERED that the Plaintiff's consent motion be, and the same hereby is GRANTED; and it is

FURTHER ORDERED that the period of discovery shall be enlarged for an additional forty-five days, to and including July 21, 2008, and the schedule of future events in this matter shall also be modified, to include dispositive motions to be filed no later than August 20, 2008.

_____
UNITED STATES DISTRICT JUDGE