UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICHOLAS GELETA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-1822 (RJL) |
| ) | |
| ADRIAN M. FENTY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT STATUS REPORT

The parties, by and through counsel, hereby respectfully submit the following joint status report. Discovery is scheduled to close today, July 21, 2008. Plaintiff seeks an enlargement of time for discovery of seventy days from July 21, 2008, to September 29, 2008, and otherwise to adjust the schedule of future events in this matter. Plaintiff seeks this enlargement in order to take the depositions of two former District of Columbia employees no longer in the area or under the District's control. The District is in contact with one of the two witnesses and, since the last enlargement of discovery, has offered to voluntarily arrange for her deposition. Defendant has also provided the last known address for the other witness. Based upon discussions in early July 2008, between the parties about possible cost-sharing of the expense of bringing the deponents to the Washington, D.C. area, plaintiff's counsel is currently engaged in determining the most cost-effective manner in which to conduct the depositions, i.e., bringing the deponents to the Washington, D.C. area or traveling to the two different locations of the deponents. However, as this would be the third enlargement of the discovery period in this case, the defendant objects to further extensions.

Plaintiff's counsel has been engaged, and will be engaged, in preparing oppositions to motions for summary judgment in *Chappell-Johnson v. FDIC*, C.A. No. 06-1074 (D.D.C.), *Nwachuku v. EPA*, C.A. No. 06-0946 (D.D.C.), *Butler v. DHHS*, EEOC No. 570-2008-00125X, Agency No. HHS-ACF-0049-2007; *Koch v. SEC*, C.A. No. 02-1492 (D.D.C.) and *Chowdhury v. FDIC*, C.A. No. 05-2368 (D.D.C.), as well as preparing a petition for rehearing in *Ginger v. D.C.*, Appeal No. 07-7054 (D.C. Cir.), an appellant brief and reply brief in *Taylor v. PBGC*, Appeal No. 07-5401, and preparing a reply brief in the matter of *Doe v. DOJ*, Appeal No. 2008-3139 (Fed. Cir.); and preparing a closing argument brief in *Donaldson v. DHS*, EEOC No. 480-2007-00210X, Agency No. HS-05-TSA-002118. Moreover, during the period August 8-13, 2008, defendant's counsel will be out of the office.

Plaintiff respectfully requests that this Court enlarge the time for discovery for seventy days from July 21, 2008, to September 29, 2008, and otherwise to adjust the schedule of future events in this matter, in an abundance of caution to schedule the depositions of the two remaining witnesses. Given the number of previous extensions, the defendant objects to an enlargement, but respectfully requests that, if another enlargement is granted, the deadline for filing dispositive motions be correspondingly enlarged to October 29, 2008.

Respectfully submitted,

| | |
|---|---|
| /s/<br>David H. Shapiro, D.C. Bar # 961326<br>James E. Simpson, D.C. Bar # 482870<br>SWICK & SHAPIRO, P.C.<br>1225 Eye Street, N.W., Suite 1290<br>Washington, D.C. 20005<br>(202) 842-0300<br>FAX (202) 842-1418<br><br>Attorneys for Plaintiff | PETER J. NICKLES<br>Acting Attorney General for the<br>District of Columbia<br><br>GEORGE C. VALENTINE<br>Deputy Attorney General<br>Civil Litigation Division<br><br>/s/<br>TONI MICHELLE JACKSON [453765]<br>Chief, General Litigation Section III<br><br>/s/<br>ALEX KARPINSKI<br>Michigan Bar No. P58770<br>Assistant Attorney General<br>441 4th Street, N.W., 6th Floor South<br>Washington, DC 20001<br>(202) 724-6642<br>FAX (202) 727-3625<br><br>Attorneys for Defendant |