UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICHOLAS GELETA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-1822 (RJL) |
| ) | |
| ADRIAN M. FENTY, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION TO ENLARGE TIME FOR DISCOVERY
AND ADJUST SCHEDULING ORDER**

Plaintiff, by and through counsel, hereby respectfully moves this Court for an enlargement of time for discovery of seventy days from July 21, 2008, to September 29, 2008, and otherwise to adjust the schedule of future events in this matter. This is the third motion for an enlargement of the discovery period in this case. Discovery is presently set to close on July 21, 2008. Plaintiff's counsel does not anticipate the necessity for any further enlargements for discovery, as this motion is submitted for the limited purpose of scheduling/completing two depositions, and this extension provides for an abundance of caution in the event unforeseen scheduling conflicts arise for the parties' counsel or the deponents.

The reasons for this motion to enlarge the time for discovery include that the press of work and the calendar for plaintiff's counsel have precluded the scheduling of necessary depositions at this time. Moreover, the parties' counsel have been engaged in discussions regarding the most cost-effective manner in which to conduct the depositions, i.e., bringing the deponents to the Washington, D.C. area or counsel for the parties traveling separately to the two different locations of the deponents, as both witnesses are no longer employed by the defendant and have moved from the area.. Plaintiff's counsel does not believe that it will take more than

two weeks for a final decision to be reached on potential cost-sharing of expenses for the two deponents to travel to Washington, D.C. for depositions. At that time, these two remaining depositions will be scheduled and discovery will be completed.

In addition plaintiff's counsel has been engaged, and will be engaged, in preparing oppositions to motions for summary judgment in *Chappell-Johnson v. FDIC*, C.A. No. 06-1074 (D.D.C.), *Nwachuku v. EPA*, C.A. No. 06-0946 (D.D.C.), *Butler v. DHHS*, EEOC No. 570-2008-00125X, Agency No. HHS-ACF-0049-2007, *Koch v. SEC*, C.A. No. 02-1492 (D.D.C.), and *Chowdhury v. FDIC*, C.A. No. 05-2368 (D.D.C.); as well as preparing a petition for rehearing in *Ginger v. D.C.*, Appeal No. 07-7054 (D.C. Cir.), an appellant brief and reply brief in *Taylor v. PBGC*, Appeal No. 07-5401, and preparing a reply brief in the matter of *Doe v. DOJ*, Appeal No. 2008-3139 (Fed. Cir.); and preparing a closing argument brief in *Donaldson v. DHS*, EEOC No. 480-2007-00210X, Agency No. HS-05-TSA-002118. Moreover, during the period August 8-13, 2008, defendant's counsel will be out of the office.

Plaintiff respectfully requests that this Court grant his motion for an enlargement of time for discovery of seventy days from July 21, 2008, to September 29, 2008, and otherwise to adjust the schedule of future events in this matter.

Plaintiff's counsel contacted defendant's counsel regarding defendant's consent to this motion, and defendant's counsel indicated that defendant would oppose this motion.

                    Respectfully submitted,

                    _____/s/_____
David H. Shapiro, D.C. Bar # 961326
James E. Simpson, D.C. Bar # 482870
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W., Suite 1290
Washington, D.C. 20005
(202) 842-0300
FAX (202) 842-1418

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICHOLAS GELETA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ADRIAN M. FENTY, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1822 (RJL) |

### O R D E R

UPON CONSIDERATION of the plaintiff's motion to enlarge time for discovery for a period of seventy days from July 21, 2008, to September 29, 2008, and otherwise to adjust the schedule of future events in this matter, it is hereby

ORDERED that the plaintiff's motion be, and the same hereby is GRANTED; and it is

FURTHER ORDERED that the parties shall have an additional seventy days, to and including September 29, 2008, within which to conduct discovery and the schedule of future events in this matter shall also be modified to include dispositive motions to be filed no later than October 29, 2008.

---
UNITED STATES DISTRICT JUDGE