UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NICHOLAS GELETA, | : |  |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| v. | : | Civil Action No. 06-01822 (RJL) |
|  | : |  |
| ADRIAN M. FENTY, | : |  |
|  | : |  |
| Defendant. | : |  |
|  | : |  |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION
TO ENLARGE TIME FOR DISCOVERY AND ADJUST SCHEDULING ORDER**

The defendant opposes plaintiff's motion to enlarge the time for discovery. As plaintiff's motion indicates, this is the third motion for an enlargement of the discovery period. Plaintiff seeks the depositions of two witnesses who no longer work for the District and who are also no longer living in the area. Following the last enlargement, defendant inquired of plaintiff whether or not plaintiff would agree to depositions by telephone given the witnesses were no longer in the area. More than two weeks passed before plaintiff indicated the depositions would have to take place in person. At that point, plaintiff inquired whether the District would be willing to split the cost of bringing the witnesses to the District to testify in person. Defense counsel indicated the District had no objection, but asked plaintiff to provide proposed costs for such an arrangement. Plaintiff, in turn, asked the District to research the proposed cost. As these discussions occurred, the previous period for discovery expired.

Given the above, the defendant opposes another enlargement. The defendant has been in contact with one of the two witnesses plaintiff wishes to depose and offered to arrange for her deposition, initially telephonically, and later in person with travel costs being split. Plaintiff asked defendant to research the costs involved in arranging for the deposition. The defendant respectfully suggests that plaintiff should have indicated his desired method for the deposition sooner and that plaintiff should research the cost for a deposition he wishes to take, not defendant. As to the other witness, the defendant is not in contact with her and provided her last known address.

Given the above, the defendant objects to another enlargement of the discovery period. Finally, should the Court grant the enlargement requested by plaintiff, enlarging the discovery period through September 29, 2008, the defendant respectfully requests that the other remaining dates on the Scheduling Order be adjusted accordingly, and that a dispositive motion deadline be set as follows:

| | |
|---|---|
| Defendant's Motion for Summary Judgment: | November 12, 2008 |
| Plaintiff's Opposition to Summary Judgment: | December 3, 2008 |
| Defendant's Reply: | December 17, 2008 |

The defendant has attached a proposed order denying plaintiff's motion for an enlargement and another proposed order granting the motion and setting forth the new deadline dates as proposed.

Dated: August 4, 2008

                                            Respectfully Submitted,

                                            PETER J. NICKLES
                                            Interim Attorney General for the
                                            District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division


        __/s/ Toni Michelle Jackson_____
        TONI MICHELLE JACKSON (453765)
        Chief, General Litigation § III



        __/s/ Alex Karpinski_____
        ALEX KARPINSKI (982184)
        Assistant Attorney General
        441 Fourth Street, N.W., 6th Floor South
        Washington, D.C. 20008  20001
        alex.karpinski@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

NICHOLAS GELETA,                  :
                                  :
    Plaintiff,                    :
                                  :
v.                                :    Civil Action No. 06-01822 (RJL)
                                  :
ADRIAN M. FENTY,                  :
                                  :
    Defendant.                    :
                                  :
_____

**ORDER**

Upon consideration of the plaintiff's motion to enlarge time for discovery and adjust scheduling order, the defendant's opposition thereto, and the record herein, it is this

_____ day of _____, 2008, **ORDERED:**  that said Motion be and that same hereby is **DENIED**.

_____
**JUDGE RICHARD J. LEON**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

NICHOLAS GELETA,              :
                              :
    Plaintiff,                :
                              :
v.                            :   Civil Action No. 06-01822 (RJL)
                              :
ADRIAN M. FENTY,              :
                              :
    Defendant.                :
                              :
_____

**ORDER**

Upon consideration of the plaintiff's motion to enlarge time for discovery and adjust scheduling order, the defendant's opposition thereto, and the record herein, it is this _____ day of _____, 2008, **ORDERED:** that said Motion be and that same hereby is **GRANTED,** and that the Scheduling Order is enlarged to provide the following deadline dates:

| | |
|---|---|
| Discovery Deadline: | September 29, 2008 |
| Defendant's Motion for Summary Judgment: | November 12, 2008 |
| Plaintiff's Opposition to Summary Judgment: | December 3, 2008 |
| Defendant's Reply: | December 17, 2008 |

_____
**JUDGE RICHARD J. LEON**